# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VERNON HARRIS, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 3:23-CV-3362 |
| vs. ) | |
| ) | |
| **RHP VENTURE HOLDINGS, LLC** ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT RHP VENTURE HOLDINGS, LLC

The Plaintiff, Vernon Harris, Jr., ("Plaintiff"), by counsel, pursuant to Fed.R.Civ.P. 55(b), respectfully moves this Court to enter a default judgment against Defendant, RHP Venture Holdings, LLC, ("Defendant Company"). This Court should grant this Motion for the reasons set forth in Plaintiff's Brief in Support of Motion for Entry of Default Judgment filed herewith.

WHEREFORE, Plaintiff, Vernon Harris, Jr., requests that this Court enter an Order and Judgment consistent with the Plaintiff's Brief in Support that:

1. Grants final judgment of default against Defendant, RHP Venture Holdings, LLC;

2. Awards the Plaintiff statutory damages of $2,000.00 and punitive damages in the amount of $20,000.00 plus any applicable interest;

3. Awards attorneys' fees of $14,720.00 and costs in the amount $552.00 plus any applicable interest.

DATED this 7th day of May, 2024.

                                              Respectfully submitted,
                                              By: /s/ Jayson A. Watkins
                                              Charles Jason Brown MO 49952
                                              Jayson A. Watkins MO 61434
                                              Brown & Watkins LLC
                                              301 S. US 169 Hwy
                                              Gower Missouri 64454
                                              Tel: 816-424-1390

        Fax: 816-424-1337
        brown@brownandwatkins.com
        watkins@brownandwatkins.com
        ATTORNEYS FOR PLAINTIFF

### Certificate of Service

 I hereby certify that a copy of the foregoing was filed electronically on the 7th day of May, 2024. Notice of this filling will be sent to the counsel of record for all parties by operation of the Court's electronic filing system.

        By: /s/ *Jayson A. Watkins*
        Attorney for Plaintiff