IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VERNON HARRIS, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cv-3362-SMY |
| | ) |
| RHP VENTURE HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated July 3, 2024 (Doc. 17), Default Judgment is entered in favor of Plaintiff and against Defendant RHP Venture Holdings, LLC as follows: $2,000.00 in statutory damages and $15,272.00 in attorneys' fees and costs. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  July 9, 2024**

MONICA STUMP, Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

**Approved:**

STACI M. YANDLE
United States District Judge